UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
ADUAN LOPEZ,                        :
                                    :
                    Plaintiff,      :
                                    :       08 Civ. 10143 (BSJ)
        v.                          :       **Order**
                                    :
DOCTOR SWONER, DOCTOR JOHN DOE,     :
GRIEVANCE COORDINATOR,              :
MS. ANDREWS, Legal Coordinator,     :
DEPT. RAMOS, and CAPTAIN PRESLY,    :
                                    :
                    Defendants.     :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge James C. Francis IV's Report and Recommendation dated June 23, 2009, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the Complaint is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and the Clerk of the Court is directed to close the case.

SO ORDERED:

                            _____
                            BARBARA S. JONES
                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 6, 2009

1